## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Shawn M. Ross,

      Plaintiff,

      v.

Commissioner of Social Security,

      Defendant.

Case No. 2:20-cv-1028

Judge Michael H. Watson

Chief Magistrate Judge
Preston Deavers

### ORDER

On February 9, 2021, Chief Magistrate Judge Preston Deavers issued a Report and Recommendation ("R&R") recommending the Court deny Plaintiff's motion to remand and affirm the Commissioner's decision. R&R, ECF No. 11. The R&R notified the parties of their right to object and of the consequences for failing to do so. Specifically, the R&R warned the parties that a failure to timely object would result in a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal the Undersigned's decision adopting the R&R. *Id.* at 12. The deadline for filing objections has passed, and none were filed.

Accordingly, the Court **ADOPTS** the R&R, **DENIES** Plaintiff's motion to remand, ECF No. 7, and **AFFIRMS** the Commissioner's decision. The Clerk shall enter judgment for the Commissioner and terminate this case.

      **IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT